Opinion issued July 8, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00457-CR

———————————

in re Glen D. Howard, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

CONCURRING OPINION

          I
concur in the denial of the writ of mandamus in this case, but write to set
forth the analysis as to why denial is appropriate. 

          Relator’s
petition for writ of mandamus is procedurally defective.  Texas Rule of Appellate Procedure 9.5
requires that a copy of all documents presented to the Court be served on all
parties to the proceeding.  See Tex.
R. App. P. 9.5(a).  Relator has
not served his petition on the trial judge who is the respondent in this
mandamus proceeding.  Relator has also
failed to provide the Court with a copy of the motion for speedy trial which is
the basis for his petition, but the rules require him to do so.  See Tex. R. App. P. 52.7(a)(1) (“Relator
must file with the petition: (1) a certified or sworn copy of every document
that is material to the relator’s claim for relief and that was filed in the
underlying proceeding.”).  

          For
these reasons, I join the majority in denying relator’s petition for writ of
mandamus.          

 

 

 

Jim
Sharp

                                                                   Justice


Justice
Sharp, concurring.

Do not
publish.   Tex. R. App. P. 47.2(b).